UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:14-cv-00151-D

| | |
|---|---|
| KAREN L. LANGELIER,<br>    Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social<br>Security,<br>    Defendant. | )<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>) |

For good cause having been shown, upon the Motion of the Plaintiff to Dismiss it is hereby

ORDERED that this claim be dismissed, without prejudice.

This the **28** day of January, 2015.

*/s/ James Dever*
JAMES C. DEVER III
Chief United States District Judge